THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES MILLER, Appellant.

Submitted April 14, 1943; decided May 27, 1943.

*Ray F. Fowler* for appellant.

*Daniel J. O'Mara, District Attorney (Stephen K. Pollard* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J., and FINCH, J.